IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AMY LOTT**                                                                                             **PLAINTIFF**

**v.**                                                             **CIVIL ACTION NO.: 4:19-cv-162-JMV**

**ANDREW SAUL, COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

**ORDER GRANTING UNOPPOSED MOTION TO REMAND**

THIS CAUSE having come on for hearing on the Defendant's Motion to Remand [ECF No. 20] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff has no objection, is of the opinion that said Motion for Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion to Remand is GRANTED, and the June 19, 2019, unfavorable decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i) and 423 is REVERSED, and this case is REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this, the 24th day of June, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

PREPARED BY AND AGREED TO:

*/s/ J. Luke Benedict*
J. Luke Benedict - MS BAR #102992
Assistant United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: (662) 234-3351
E-Mail: luke.benedict@usdoj.gov
*Attorney for Andrew Saul, Commissioner of the Social Security Administration*

AGREED TO:

*/s/ Susan C. Smith (with permission)*
Susan C. Smith – MS BAR #99776
Attorney at Law
P.O. Box 1251
Greenville, MS 38702
Telephone: 662-378-2558
E-Mail: smithsusanc@bellsouth.net
*Attorney for Plaintiff Amy P. Lott*