IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AMY LOTT**                                                                **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.: 4:19-cv-162-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                              **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Order [22] granting Defendant's motion to remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SIGNED this 24th day of June, 2020.

                                                       /s/ Jane M. Virden
                                                       UNITED STATES MAGISTRATE JUDGE